UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: _____

Case Name: _____ vs. _____

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

[                                                                      ]

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☐ Intervenor                   (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: _____ Admitted: _____
                                                     (Sixth Circuit admission date only)

Signature: _____

Firm Name: _____

Business Address: _____

Suite: _____ City/State/Zip: _____

Telephone Number (Area Code): _____

Email Address: _____

CERTIFICATE OF SERVICE
I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/_____