UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 13-1876

CLIFFORD CHARLES TYLER,

　　　　Plaintiff - Appellant,

　v.

HILLSDALE COUNTY SHERIFF'S DEPARTMENT, et al.,

　　　　Defendants - Appellees.

**FILED**
*Dec 18, 2014*
DEBORAH S. HUNT, Clerk

Before: BOGGS, SILER, and GIBBONS, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

　　THIS CAUSE was heard on the record from the district court and was argued by counsel for the appellant and the Federal Appellees.

　　IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED, and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk