UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 13-1876

Case Name: Tyler vs. Hillsdale County Sheriff's Department

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

> Eric H. Holder, Jr.; Department of Justice; ATF; B. Todd Jones; Thomas E. Brandon; FBI; Robert S. Mueller; United States

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☑ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**
Anisha Dasgupta

Name: Abby C. Wright    Admitted: Government Attorney
(Sixth Circuit admission date only)

Signature: s/ Abby C. Wright

Firm Name: U.S. Department of Justice

Business Address: 950 Pennsylvania Ave. NW

Suite: 7252    City/State/Zip: Washington, D.C. 20530

Telephone Number (Area Code): (202) 514-0664

Email Address: abby.wright@usdoj.gov

---

CERTIFICATE OF SERVICE

I certify that on January 2, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Abby C. Wright

---

6ca-68
8/14