**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 10, 2015

Mr. Lucas J. McCarthy
Hartwell, Failey & McCarthy
233 Fulton Street, E.
Suite 104
Grand Rapids, MI 49503

Re: Case No. 13-1876, *Clifford Tyler v. Hillsdale County Sheriff's Department, et al*
Originating Case No. : 1:12-cv-00523

Dear Counsel,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

Your response, not to exceed ten (10) pages, must be filed not later than the close of business on Tuesday, **March 24, 2015**.

Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. James L. Dyer
Mr. Michael S. Raab
Ms. Abby Christine Wright
Mr. Michael Andrew Zee