# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 21, 2015

Ms. Abby Christine Wright
U. S. Department of Justice
950 Pennsylvania Avenue, N.W.
7252
Washington, DC 20530

           Re:  Case No. 13-1876, *Clifford Tyler v. Hillsdale County Sheriff's Dept, et al*
                Originating Case No. : 1:12-cv-00523

Dear Ms. Wright,

  The Court issued the enclosed Order today in this case.

                                  Sincerely yours,

                                  s/Beverly L. Harris
                                  En Banc Coordinator
                                  Direct Dial No. 513-564-7077

cc:  Mr. James L. Dyer
      Mr. Lucas J. McCarthy
      Mr. Michael S. Raab
      Mr. Michael Andrew Zee

Enclosure