

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

DEBORAH S. HUNT
CLERK

Tel. (513) 564-7071

April 23, 2015

Lucas J. McCarthy, Esq.
James L. Dyer, Esq.
Abby Christine Wright, Esq.
Michael S. Raab, Esq.
Michael Andrew Zee, Esq.

**FILED**
Apr 23, 2015
DEBORAH S. HUNT, Clerk

RE: Case Nos. 13-1876
*Clifford Charles Tyler v. Hillsdale County Sheriff's Department, et al.*

Dear Counsel:

The court issued an order on Tuesday April 21, 2015 granting the appellee's petition for rehearing en banc of the decision in the above-captioned appeals.

This case will be argued to the en banc court on Wednesday, October 14, 2015, 2:00 P.M., EST. In order to facilitate review by the full court, it will be necessary for the parties to file supplemental briefs in support of their respective positions. The appellant shall file his supplemental brief not later than Tuesday May 26, 2015, and the appellees shall file their supplemental brief not later than Monday, July 27, 2015. The supplemental briefs shall not exceed twenty-five (25) pages. Should the appellants wish to file a reply brief, not to exceed twelve (12) pages, it is due not later than Monday, August 10, 2015.

No extensions will be granted.

Very truly yours,

Deborah Hunt
Clerk