# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

## **IMPORTANT NOTICE**
## **EN BANC HEARING**

Filed: April 24, 2015

Mr. James L. Dyer
Johnson, Rosati, Schultz & Joppich
303 S. Waverly Road
Lansing, MI 48917

Mr. Lucas J. McCarthy
Hartwell, Failey & McCarthy
233 Fulton Street, E., Suite 104
Grand Rapids, MI 49503

Ms. Abby Christine Wright
U. S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Re: No. 13-1876, *Clifford Tyler v. Hillsdale County Sheriff's Dep't, et al*

Dear Counsel,

   Your case is scheduled to be argued before the en banc court on **2:00 p.m., Wednesday, October 14, 2015** in Cincinnati. Please report to the Clerk's Office, Room 540 in the Potter Stewart United States Courthouse, at the corner of 5th and Main Streets in Cincinnati, no later than **1:30** p.m. Court will convene at 2:00 p.m. Oral argument will be limited to 20 minutes per side. If multiple defendants present argument, the 20 minutes must be shared.

   Please complete the following immediately:

> (1) Should pertinent and significant authorities, not cited in your brief, come to your attention, you should promptly advise the clerk by letter, with a copy to all counsel. This letter should be filed electronically. Each citation should include, without argument, a

one-line statement of the subject matter of the case and a reference to the issue number to which the citation relates.

(2) Inform us if you have knowledge of the same or similar issues before the court in any other pending cases.

**Download the Oral Argument Acknowledgment form from the web site and file it electronically with the Clerk's office by May 26, 2015.**

If you have any questions, please contact me for assistance.

Sincerely yours,

s/Lance A. Gifford
Calendar Deputy

cc: Mr. Michael S. Raab
    Mr. Michael Andrew Zee