No. 13-1876

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

CLIFFORD CHARLES TYLER,

*Plaintiff-Appellant*,

v.

HILLSDALE COUNTY SHERIFF'S DEPARTMENT, ET AL.,

*Defendants-Appellees*.

_____

On Appeal from the United States District Court for
the Western District of Michigan (No. 1:12-cv-00523)
_____

# MOTION OF NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF-APPELLANT AND REVERSAL UPON REHEARING EN BANC

Pursuant to Federal Rule of Appellate Procedure 29(b), *amicus curiae* National Rifle Association of America, Inc. ("NRA") respectfully moves this Court for leave to file the attached brief in support of Plaintiff-Appellant and reversal on rehearing *en banc*. All parties consent to the NRA's filing of this brief.

The NRA is America's foremost and oldest defender of Second Amendment rights. Founded in 1871, the NRA has approximately five million members and is America's leading provider of firearms marksmanship and safety training for

civilians.  The NRA has a strong interest in this case because large numbers of its members reside within the Sixth Circuit and will be affected by any ruling this Court issues concerning the standard under which government actions that burden the right to keep and bear arms are reviewed.  The NRA's *amicus curiae* brief addresses why, in light of the Supreme Court's decisions in *District of Columbia v. Heller*, 554 U.S. 570 (2008), and *McDonald v. City of Chicago*, 561 U.S. 742 (2010), there is no basis to review any law that burdens the fundamental Second Amendment right to keep and bear arms under anything less demanding than the strict scrutiny that governs review of burdens on the exercise of other fundamental rights.

      For all of these reasons, the NRA and its members have a direct and significant interest in the outcome of this case, and there is good cause for the Court to allow the NRA to file an *amicus curiae* brief.

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT
 *Counsel of Record*
ERIN E. MURPHY
STEPHEN V. POTENZA
BANCROFT PLLC
1919 M Street NW
Suite 470
Washington, DC 20036
(202) 234-0090
pclement@bancroftpllc.com

*Counsel for* Amicus Curiae *National Rifle Association of America, Inc.*

May 29, 2015

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit via electronic mail. The Clerk of the Court will provide service to all registered attorneys participating in the case.

<u>s/Paul D. Clement</u><br>
Paul D. Clement