UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __13-1876__

Case Name: __Clifford Tyler__ vs. __Hillsdale County Sheriff's Dep't, et al.__

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

> National Rifle Association of America, Inc.

- ☐ Appellant
- ☐ Petitioner
- ☒ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☒ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**
_____

Name: __Paul D. Clement__   Admitted: __March 2, 2000__
(Sixth Circuit admission date only)

Signature: __s/Paul D. Clement__

Firm Name: __Bancroft PLLC__

Business Address: __1919 M Street NW__

Suite: __470__   City/State/Zip: __Washington, DC__

Telephone Number (Area Code): __(202) 234-0090__

Email Address: __pclement@bancroftpllc.com__

---

CERTIFICATE OF SERVICE

I certify that on __May 29, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Paul D. Clement__

---

6ca-68
8/14