UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 13-1876

Case Name: Clifford Tyler vs. Hillsdale County Sheriff's Dep't, et al.

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

National Rifle Association of America, Inc.

- ☐ Appellant
- ☐ Petitioner
- ☒ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

Name: Stephen V. Potenza    Admitted: May 26, 2015
(Sixth Circuit admission date only)

Signature: s/Stephen V. Potenza

Firm Name: Bancroft PLLC

Business Address: 1919 M Street NW

Suite: 470    City/State/Zip: Washington, DC

Telephone Number (Area Code): (202) 234-0090

Email Address: spotenza@bancroftpllc.com

---

CERTIFICATE OF SERVICE

I certify that on May 29, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Stephen V. Potenza

---

6ca-68
8/14