No. 13-1876

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 04, 2015
DEBORAH S. HUNT, Clerk

CLIFFORD CHARLES TYLER,

    Plaintiff-Appellant,

v.

HILLSDALE COUNTY SHERIFF'S DEPARTMENT, ET AL.,

    Defendants-Appellees.

O R D E R

Upon consideration of the motion from the National Rifle Association of America for leave to file a brief as amicus curiae in support of plaintiff-appellant and reversal upon rehearing en banc,

    It is ORDERED that the motion be and it hereby is GRANTED.

                                 **ENTERED BY ORDER OF THE COURT**

                                 **Deborah S. Hunt, Clerk**