# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 04, 2015

Mr. Paul D. Clement
Bancroft
1919 M Street, N.W.
Suite 470
Washington, DC 20036

      Re: Case No. 13-1876, *Clifford Tyler v. Hillsdale County Sheriff's Department, et al*
         Originating Case No. : 1:12-cv-00523

Dear Mr. Clement,

 The Court issued the enclosed Order today in this case.

              Sincerely yours,

              s/Beverly L. Harris
              En Banc Coordinator
              Direct Dial No. 513-564-7077

cc: Mr. James L. Dyer
   Mr. Lucas J. McCarthy
   Mr. Stephen Vincent Potenza
   Mr. Michael S. Raab
   Ms. Abby Christine Wright
   Mr. Michael Andrew Zee

Enclosure