UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 13-1876

Case Name: Clifford Tyler vs. Hillsdale County Sheriff's Dep't, et al.

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

National Rifle Association of America, Inc.

☐ Appellant  ☐ Petitioner  ☑ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor                    (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.  ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

Name: Erin E. Murphy                Admitted: July 24, 2014
                                    (Sixth Circuit admission date only)

Signature: s/Erin E. Murphy

Firm Name: Bancroft PLLC

Business Address: 1919 M Street NW

Suite: 470    City/State/Zip: Washington, DC

Telephone Number (Area Code): (202) 234-0090

Email Address: emurphy@bancroftpllc.com

---

CERTIFICATE OF SERVICE

I certify that on May 29, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Erin E. Murphy

---

6ca-68
8/14