UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __No. 13-1876__

Case Name: __Clifford Charles Tyler__ vs. __Hillsdale County Sheriff's Dept., et al.__

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

> Law Center to Prevent Gun Violence

- ☐ Appellant
- ☐ Petitioner
- ☑ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

Lead counsel must be designated if a party is represented by more than one attorney or law firm.  ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**
_____

Name: __Rebecca A. Jacobs__    Admitted: __July 23, 2015__
(Sixth Circuit admission date only)

Signature: __s/ Rebecca A. Jacobs__

Firm Name: __Covington & Burling LLP__

Business Address: __One Front Street__

Suite: _____    City/State/Zip: __San Francisco, CA 94111-5356__

Telephone Number (Area Code): __415-591-7036__

Email Address: __rjacobs@cov.com__

---

CERTIFICATE OF SERVICE

I certify that on __July 29, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Rebecca A. Jacobs__

---

6ca-68
8/14