No. 13-1876

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

CLIFFORD CHARLES TYLER,

    Plaintiff-Appellant,

v.

HILLSDALE COUNTY SHERIFF'S DEPARTMENT, ET AL.,

    Defendants-Appellees.

O R D E R

**FILED**
Aug 05, 2015
DEBORAH S. HUNT, Clerk

Upon consideration of the motion from the Brady Center to Prevent Gun Violence for leave to file a brief as amicus curiae in support of defendants-appellees and affirmance upon rehearing en banc,

It is ORDERED that the motion be and it hereby is GRANTED.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**