# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: August 05, 2015

Mr. Harry Frischer  
Proskauer Rose  
Eleven Times Square  
New York, NY 10036-8299

Re: Case No. 13-1876, *Clifford Tyler v. Hillsdale County Sheriff's De, et al*  
Originating Case No. : 1:12-cv-00523

Dear Mr. Frischer,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris  
En Banc Coordinator  
Direct Dial No. 513-564-7077

cc: Mr. Paul D. Clement  
　　Mr. James L. Dyer  
　　Mr. Lucas J. McCarthy  
　　Ms. Erin Elizabeth Murphy  
　　Mr. Stephen Vincent Potenza  
　　Mr. Michael S. Raab  
　　Ms. Abby Christine Wright  
　　Mr. Michael Andrew Zee

Enclosure