No. 13-1876

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

CLIFFORD CHARLES TYLER,

*Plaintiff-Appellant,*

v.

HILLSDALE COUNTY SHERIFF'S DEPARTMENT, ET AL.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Western District of Michigan
Honorable Gordon J. Quist
Civil Case No. 1:12-cv-00523

**MOTION OF THE LAW CENTER TO PREVENT GUN VIOLENCE
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
IN SUPPORT OF THE GOVERNMENT**

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, *amicus curiae* the Law Center to Prevent Gun Violence ("the Law Center") respectfully moves this Court for leave to file the attached brief in support of the Government. All parties consent to the Law Center's filing of this brief.

The Law Center is a non-profit, national law center dedicated to reducing gun violence and the devastating impact it has on communities. The Law Center focuses on providing comprehensive legal expertise to promote smart gun laws. These efforts include tracking all Second Amendment litigation nationwide and providing support to jurisdictions facing legal challenges. As an *amicus*, the Law Center has provided informed analysis in a variety of firearm-related cases, including *District of Columbia v. Heller*, 554 U.S. 570 (2008) and *McDonald v. City of Chicago*, 561 U.S. 742 (2010).

As a result of its expertise, the Law Center has a particular interest in this litigation as it pertains to determining the proper level of review for challenges to gun laws brought under the Second Amendment. The data suggest that legislative solutions to gun violence, such as prohibitions on firearm ownership for felons and the mentally ill, play an important role in addressing this problem.

The Law Center's brief addresses why strict scrutiny is not automatically applicable, or even preferred, as the standard of review applied to Second Amendment challenges, and why intermediate scrutiny is the more appropriate level of review.

For all of these reasons, there is good cause for the Court to allow the Law Center to file an *amicus curiae* brief.

DATED:  August 17, 2015

*s/ Simon J. Frankel*
SIMON J. FRANKEL
REBECCA A. JACOBS
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Tel: +1 415 591 6000
Fax: +1 415 591 6091

*Counsel for Amicus Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit via electronic mail. The Clerk of the Court will provide service to all registered attorneys in the case.

Dated: August 17, 2015                COVINGTON & BURLING LLP


By: *s/ Rebecca A. Jacobs*
     REBECCA A. JACOBS

Attorneys for *Amicus Curiae*