No. 13-1876

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| CLIFFORD CHARLES TYLER, | ) **FILED** |
| Plaintiff-Appellant, | ) Aug 20, 2015 |
| v. | ) DEBORAH S. HUNT, Clerk |
| HILLSDALE COUNTY SHERIFF'S DEPARTMENT, ET AL., | ) O R D E R |
| Defendants-Appellees. | ) |

Upon consideration of the motion from the Law Center to Prevent Gun Violence for leave to file a brief as amicus curiae in support of the government,

It is ORDERED that the motion be and it hereby is GRANTED.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**