UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 20, 2015

Mr. Simon J. Frankel
Covington & Burling
1 Front Street
35th Floor
San Francisco, CA 94111-5356

      Re: Case No. 13-1876, *Clifford Tyler v. Hillsdale County Sheriff's De, et al*
        Originating Case No. : 1:12-cv-00523

Dear Mr. Frankel,

 The Court issued the enclosed Order today in this case.

            Sincerely yours,

            s/Beverly L. Harris
            En Banc Coordinator
            Direct Dial No. 513-564-7077

cc: Mr. Paul D. Clement
   Mr. James L. Dyer
   Mr. Harry Frischer
   Ms. Rebecca Jacobs
   Mr. Lucas J. McCarthy
   Ms. Erin Elizabeth Murphy
   Mr. Stephen Vincent Potenza
   Mr. Michael S. Raab
   Ms. Abby Christine Wright
   Mr. Michael Andrew Zee

Enclosure