# United States Court of Appeals
# For the Sixth Circuit

## Oral Argument Acknowledgment

Sixth Circuit Case No.: _____13-1876_____

Case Name: _____Tyler_____ vs. _____Hillsdale County Sheriff's Dep't_____

I will be presenting oral argument for:

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae

☑ Appellee     ☐ Respondent    ☐ Intervenor    ☐ Other

Party Name/s:

United States; US Dep't of Justice; Loretta E. Lynch, U.S. Attorney General; ATF; FBI; B. Todd Jones, Acting ATF Director; Thomas E. Brandon, ATF Deputy Director; Robert S. Mueller, III, FBI Director

Attorney's Name: Abby Wright

Argument Date: October 14, 2015

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
First, select the *Event Category* of **Argument**.
Second, choose **argument acknowledgment.**

Rev. 8/12