UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __13-1876__

Case Name: Clifford Charles Tyler vs. Hillsdale County Sheriff's Department, et al.

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

> STATES UNITED TO PREVENT GUN VIOLENCE

☐ Appellant  ☐ Petitioner  ☒ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor      (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

Name: Daniel B. Asimow       Admitted: September 11, 2015
                             (Sixth Circuit admission date only)

Signature: /s/ Daniel B. Asimow

Firm Name: ARNOLD & PORTER LLP

Business Address: Three Embarcadero Center, 10th Floor

Suite: _____   City/State/Zip: San Francisco, CA 94111-4024

Telephone Number (Area Code): (415) 471-3100

Email Address: daniel.asimow@aporter.com

---

CERTIFICATE OF SERVICE

I certify that on September 18, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Daniel B. Asimow

---

6ca-68
8/14