No. 13-1876

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

CLIFFORD CHARLES TYLER,

*Plaintiff-Appellant,*

v.

HILLSDALE COUNTY SHERIFF'S DEPARTMENT, ET AL.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Western District of Michigan
Honorable Gordon J. Quist
Civil Case No. 1:12-cv-00523

**UNOPPOSED MOTION OF STATES UNITED TO PREVENT GUN VIOLENCE FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF AFFIRMANCE**

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, *amicus curiae* States United to Prevent Gun Violence ("States United") respectfully moves this Court for leave to file the attached brief in support of affirmance. All parties have consented to States United's filing of this brief.

States United is a national non-profit organization that supports state-based gun violence prevention organizations. Along with its 30 state affiliates, including the Michigan Coalition to Prevent Gun Violence, States United supports efforts to keep guns out of the hands of felons, terrorists, and the dangerously mentally ill. In connection with its work, States United has a keen interest in the constitutionality of federal, state, and local gun laws. Empirical research has shown that legislative restrictions on firearm ownership by felons and the mentally ill play an important role in reducing gun violence.

In this brief, States United addresses why the prohibition on gun possession by previously institutionalized persons should be evaluated as an exception to the Second Amendment right to keep and bear arms. The brief also offers an analysis of why, even if the Court concludes that the Second Amendment extends to previously institutionalized persons, the challenged regulation should be evaluated under intermediate scrutiny. For all of these reasons, there is good cause for the Court to allow States United to file an *amicus curiae* brief.

DATED: September 17, 2015

s/ *Daniel B. Asimow*
DANIEL B. ASIMOW
DANIEL M. PASTOR
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel:   +1 415 471 3100
Fax:  +1 415 471 3400

Counsel for *Amicus Curiae*

**CERTIFICATE OF SERVICE**

As counsel for *amicus curiae*, I hereby certify that on this seventeenth day of September, 2015, I filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Sixth Circuit via electronic mail. The Clerk of the Court will provide service to all registered attorneys participating in the case.

    s/ *Daniel B. Asimow*
    DANIEL B. ASIMOW

    Counsel for *Amicus Curiae*