UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 13-1876

Case Name: Tyler vs. Hillsdale County Sheriff's Dep't, et al

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

Disability Rights Ohio, Disability Rights Tennessee, Kentucky Protection and Advocacy, Ohio Empowerment Coalition

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☑ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

Name: Ronda J. Cress    Admitted: 12/11/2009
(Sixth Circuit admission date only)

Signature: /s/ Ronda J. Cress

Firm Name: Disability Rights Ohio

Business Address: 50 W. Broad St.

Suite: 1400    City/State/Zip: Columbus, OH 43215

Telephone Number (Area Code):

Email Address: RCress@DisabilityRightsOhio.org

---

CERTIFICATE OF SERVICE

I certify that on 09-21-2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Ronda J. Cress

6ca-68
8/14