Case No. 13-1876

UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

CLIFFORD CHARLES TYLER,

    Plaintiff – Appellants,

v.

HILLSDALE COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants – Appellees.

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids
Case No. 1:12-cv-00523

**Motion to File an *Amicus* Brief by Amici Ohio Disability Rights Law and Policy Center, Kentucky Protection and Advocacy, Disability Rights Tennessee, the Ohio Empowerment Coalition, and NAMI Ohio**

Ronda Cress (OH-0080570)
Ohio Disability Rights Law & Policy Center, Inc.
**Disability Rights Ohio**
50 West Broad Street, Suite 1400
Columbus, Ohio 43215-5923
T: 614-466-7264
F: 614-644-1888
RCress@DisabilityRightsOhio.org

*Counsel for Amici Curiae*
*Ohio Disability Rights Law & Policy Center, Inc.*
*Kentucky Protection & Advocacy*
*Disability Rights Tennessee*
*Ohio Empowerment Coalition*
*NAMI Ohio*

# DISCLOSURE OF CORPORATE AFFILIATIONS
# AND FINANCIAL INTEREST

Sixth Circuit
Case No.: 13-1876　　　　　　　　　*Tyler v. Hillsdale County Sheriff's Dept.*

Pursuant to Fed. R. App. P. 26.1(a) and 29(c)(1), and 6 Cir. R. 26.1, *amici curiae* Ohio Disability Rights Law and Policy Center, Kentucky Protection and Advocacy, Disability Rights Tennessee, the Ohio Empowerment Coalition, and NAMI Ohio make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

No.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

No.

s/Ronda Cress
Ronda Cress (OH-0080570)
Ohio Disability Rights Law & Policy Center, Inc.
**Disability Rights Ohio**
50 West Broad Street, Suite 1400
Columbus, Ohio 43215-5923
T: 614-466-7264
F: 614-644-1888
RCress@DisabilityRightsOhio.org

*Counsel for Amici Curiae*
*Ohio Disability Rights Law & Policy Center, Inc.*
*Kentucky Protection & Advocacy*
*Disability Rights Tennessee*
*Ohio Empowerment Coalition*
*NAMI Ohio*

# MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Under Fed. R. App. P. 29(e), the Ohio Disability Rights Law and Policy Center, Inc. (dba Disability Rights Ohio), Kentucky Protection and Advocacy, Disability Rights Tennessee, the Ohio Empowerment Coalition, and NAMI Ohio respectfully move for leave to file the attached *amicus* brief. *Amici* obtained consent to file this brief from Appellant and the Government, but counsel for Appellee Hillsdale County Sheriff did not respond as of the time of filing.

## ARGUMENT

### A. Interests of *Amici Curiae*

Leave to file should be granted because Disability Rights Ohio, Kentucky Protection and Advocacy, Disability Rights Tennessee, the Ohio Empowerment Coalition, and NAMI Ohio have a genuine and unique interest in the issue presented by this case. Fed. R. App. P. 29(b)(1). *Amici* Disability Rights Ohio, Disability Rights Tennessee and Kentucky Protection and Advocacy are designated as their respective states' protection and advocacy system under the Protection and Advocacy for Individuals with Mental Illness Act, 42 U.S.C. §§ 10801-10807, 10821-10827. As such, they have considerable experience and expertise in disability rights and civil rights law, particularly with respect to persons with psychiatric and behavioral disabilities.

The Ohio Empowerment Coalition, Inc., (OEC) is a consumer-operated organization that consists of members statewide who are united to provide a

platform for the voice of the people with mental illness to support persons and groups working to transform systems, and to promote wellness, mental health recovery, and resiliency. OEC envisions that all people whose lives have been affected by mental illness and addiction will live a meaningful life of wellness by implementing their choices in an accepting and supportive community.

NAMI is the nation's largest grassroots mental health organization. NAMI Ohio is dedicated to improving the quality of life, dignity and respect for persons with serious mental illness and to offering support to their families and close friends.

**B.    Why an *Amicus* Brief is Desirable and Relevant to the Disposition of this Case**

The proposed *amicus* brief is both relevant and desirable. *See*, Fed. R. App. P. 29(b)(2). The historic role of an *amicus curiae* is to assist the court by providing impartial information on matters of public interest and aiding the court in resolving doubtful issues of law. *See, U.S. v. State of Michigan*, 940 F.2d 143, 164-65 (6th Cir. 1991). *Amici curiae* offer the Court relevant matter not brought to the Court's attention by the parties or other *amici curiae*, including social science research and statistics regarding gun violence and people with mental illness. As advocates for individuals with mental illness, amici offer the Court a unique perspective regarding the stigmatization and marginalization of persons with psychiatric disabilities.

This motion and proposed *amicus* brief are timely and granting this motion for leave is reasonable. Counsel discovered in mid-August 2015 that the Government was making concerning arguments based on stereotypes and misinformation about individuals with mental illness, so counsel worked diligently to research and prepare the proposed brief well in advance of the oral argument. There have been three *amicus* briefs filed as of August 17, 2015: 1) National Rifle Association (supporting Appellant, filed three days after Appellant's *Supplemental Brief*); 2) Brady Center to Prevent Gun Violence (supporting the Government, filed seven days after the Government's *Supplemental Brief*); 3) Law Center to Prevent Gun Violence (supporting the Government, filed 21 days after the Government's *Supplemental Brief*). While these briefs focus primarily on the standard of review, the proposed *amicus* brief by Disability Rights Ohio, Kentucky Protection and Advocacy, Disability Rights Tennessee, the Ohio Empowerment Coalition, and NAMI Ohio offers the Court additional information directly relevant to prior commitment and mental illness. It dispels the myths about mental illness and shows statistically that prior commitment and mental illness are not accurate predictors for gun violence. Furthermore, the attached proposed *amicus* brief is not submitted to this Court in support of any party, but rather as an opportunity to inform the Court on a matter of great public importance.

## CONCLUSION

For the foregoing reasons, *amici curiae* Disability Rights Ohio, Kentucky Protection and Advocacy, Disability Rights Tennessee, the Ohio Empowerment Coalition, and NAMI Ohio respectfully request that the Court grant their motion to file an *amicus* brief.

Dated:  September 21, 2015

Respectfully submitted,

s/Ronda Cress
Ronda Cress (OH-0080570)
Ohio Disability Rights Law & Policy Center, Inc.
**Disability Rights Ohio**
50 West Broad Street, Suite 1400
Columbus, Ohio 43215-5923
T: 614-466-7264
F: 614-644-1888
RCress@DisabilityRightsOhio.org

*Counsel for Amici Curiae*
*Ohio Disability Rights Law & Policy Center, Inc.*
*Kentucky Protection & Advocacy*
*Disability Rights Tennessee*
*Ohio Empowerment Coalition*
*NAMI Ohio*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 21, 2015 a copy of the foregoing *Motion to File an Amicus Brief by Amici Ohio Disability Rights Law and Policy Center, Kentucky Protection and Advocacy, Disability Rights Tennessee, the Ohio Empowerment Coalition, and NAMI Ohio* was filed electronically in the above captioned case. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Ronda Cress  
Ronda Cress (OH-0080570)  
Ohio Disability Rights Law & Policy Center, Inc.  
**Disability Rights Ohio**