UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: _____ 13-1876 _____

Case Name: Tyler _____ vs. Hillsdale County Sheriff's Dep't, et al

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

**NAMI Ohio**

☐ Appellant    ☐ Petitioner    ☑ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☐ Intervenor        (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☑ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

_____

Name: Ronda J. Cress _____ Admitted: 12/11/2009 _____
                                                (Sixth Circuit admission date only)

Signature: _Ronda J. Cress_____

Firm Name: Disability Rights Ohio _____

Business Address: 50 W. Broad St. _____

Suite: 1400 _____ City/State/Zip: Columbus, OH 43215 _____

Telephone Number (Area Code): 614-466-7264 _____

Email Address: RCress@DisabilityRightsOhio.org _____

---

CERTIFICATE OF SERVICE

I certify that on 09-21-2015 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

         s/ Ronda J. Cress _____

---

6ca-68
8/14