No. 13-1876

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 22, 2015
DEBORAH S. HUNT, Clerk

CLIFFORD CHARLES TYLER,

    Plaintiff-Appellant,

v.

HILLSDALE COUNTY SHERIFF'S DEPARTMENT, ET AL.,

    Defendants-Appellees.

O R D E R

Upon consideration of the motion from Kentucky Protection and Advocacy, Disability Rights Ohio, Ohio Empowerment Coalition, Disability Rights Tennessee and NAMI OH for leave to file a brief as amici curiae,

It is ORDERED that the motion be and it hereby is GRANTED.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**