# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 22, 2015

Ms. Ronda J. Cress

            Re:  Case No. 13-1876, *Clifford Tyler v. Hillsdale County Sheriff's De, et al*
                 Originating Case No. : 1:12-cv-00523

Dear Ms. Cress,

  The Court issued the enclosed Order today in this case.

                                       Sincerely yours,

                                       s/Beverly L. Harris
                                       En Banc Coordinator
                                       Direct Dial No. 513-564-7077

cc:  Mr. Daniel B. Asimow
      Mr. Paul D. Clement
      Mr. James L. Dyer
      Mr. Simon J. Frankel
      Mr. Harry Frischer
      Ms. Kristen Henry
      Ms. Rebecca Jacobs
       Michael Kirkman
      Mr. Lucas J. McCarthy
      Ms. Erin Elizabeth Murphy
      Mr. Stephen Vincent Potenza
      Mr. Michael S. Raab
      Ms. Abby Christine Wright
      Mr. Michael Andrew Zee

Enclosure