# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

Clifford Charles Tyler

Plaintiff-Appellant

v.

Hillsdale County Sheriff's Department, et al.

Defendants-Appellees

_____

On Appeal from the United States District Court for
the Western District of Michigan (No. 1:12-cv-00523)

_____

## MOTION OF LAW PROJECT FOR PSYCHIATRIC RIGHTS
## FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF
## IN SUPPORT OF PLAINTIFF-APPELLANT AND REVERSAL
## UPON REHEARING EN BANC

Pursuant to Federal Rule of Appellate Procedure 29(b), *amicus curiae* Law Project for Psychiatric Rights respectfully requests leave of Court to file the brief tendered herewith brief in support of Plaintiff-Appellant and reversal on rehearing *en banc*.

The Law Project for Psychiatric Rights (psychrights.org) is a 501(c)(3) public interest law firm whose purpose is opposing forced psychiatric drugging and electroshock and other forms of psychiatric oppression in the United States. The brief tendered herewith addresses why assumptions usually relied upon for discriminating

against persons who have been committed to mental institutions are invalid.

Because the Court's decision in this case directly affects the aims and purposes of the Law Project for Psychiatric Rights, and the brief tendered herewith will be helpful to the Court in understanding the the concept of mental illness and the validity of psychiatric diagnosis on which discrimination against persons previously committed to mental institutions is based, there is good cause for the Court to allow the Law Project for Psychiatric Rights to file an *amicus curiae* brief.

Respectfully submitted,

s/Wayne Ramsay
Wayne Ramsay
Texas Bar No. 16512500
for Law Project for Psychiatric Rights
P.O. Box 9100-277
1132 Main Street
Bandera, Texas  78003
(210) 362-0254
wayneramsay@mail.com


**Certificate of Service**

I certify that on October 9, 2015, I filed the foregoing with the Clerk of the Court for the United States Court of appeals for the Sixth Circuit via electronic mail.  The Clerk of the Court will provide service to all registered attorneys in this case.

DATED: October 9, 2015


s/Wayne Ramsay
Wayne Ramsay
counsel for *amicus curiae*