No. 13-1876
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

CLIFFORD CHARLES TYLER

Plaintiff-Appellant

v.

HILLSDALE COUNTY SHERIF'S DEPARTMENT, ET AL.

Defendants-Appellees

On appeal from the United States District Court
for the Western District of Michigan
Honorable Gordon J. Quist
Civil Case No. 1:12-cv-00523

DISCLOSURE REQUIRED BY FEDERAL RULES
OF APPELLATE PROCEDURE 29(c)(5)

Comes now Wayne Ramsay, counsel for the Law Project for Psychiatric Rights as *amicus curiae* and requests leave of court to make this statement that was inadvertently omitted from the proposed brief of said *amicus curiae*:

No party's counsel authored the *amicus curiae* brief of the Law Project for Psychiatric Rights in whole or in part; no party or party's counsel contributed money intended to fund preparing or submitting the brief; and no person—other than the *amicus curiae*, its

members, or its counsel—contributed money that was intended to fund preparing or submitting the brief.

        Respectfully submitted,
        s/Wayne Ramsay
Wayne Ramsay
(Texas Bar No. 16512500)
P.O. Box 9100-277
1132 Main Street
Bandera, Texas 78003
*Counsel for amicus curiae, Law Project for Psychiatric Rights*

## CERTIFICATE OF SERVICE

I certify that on October 13, 2015, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit via electronic mail. The Clerk of the Court will provide service to all registered attorneys in this case.

DATED: October 13, 2015

        s/Wayne Ramsay
Wayne Ramsay
counsel for *amicus curiae*
Law Project for Psychiatric Rights