No. 13-1876

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| CLIFFORD CHARLES TYLER, | **FILED** Oct 13, 2015 DEBORAH S. HUNT, Clerk |
| Plaintiff-Appellant, | |
| v. | |
| HILLSDALE COUNTY SHERIFF'S DEPARTMENT, ET AL., | O R D E R |
| Defendants-Appellees. | |

Upon consideration of the motion from Law Project for Psychiatric Rights for leave to file a brief as amicus curiae in support of plaintiff-appellant and reversal upon rehearing en banc,

It is ORDERED that the motion be and it hereby is DENIED.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**