# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 13, 2015

Mr. Wayne Ramsay
1132 Main Street
Bandera, TX 78003

      Re: Case No. 13-1876, *Clifford Tyler v. Hillsdale County Sheriff's De, et al*
            Originating Case No. : 1:12-cv-00523

Dear Mr. Ramsey,

   The Court issued the enclosed Order today in this case.

                                      Sincerely yours,

                                      s/Beverly L. Harris
                                      En Banc Coordinator
                                      Direct Dial No. 513-564-7077

cc: Mr. Daniel B. Asimow
     Mr. Paul D. Clement
     Ms. Tracey Cordes
     Ms. Ronda J. Cress
     Mr. James L. Dyer
     Mr. Simon J. Frankel
     Mr. Harry Frischer
     Ms. Kristen Henry
     Ms. Rebecca Jacobs
      Michael Kirkman
     Mr. Lucas J. McCarthy
     Ms. Erin Elizabeth Murphy
     Mr. Stephen Vincent Potenza
     Mr. Michael S. Raab
     Ms. Abby Christine Wright
     Mr. Michael Andrew Zee

Enclosure