### Chief Judge Cole, Judges Boggs, Siler, Batchelder, Moore, Clay, Gibbons, Rogers, Sutton, Cook, McKeague, Griffin, Kethledge, White, Stranch and Donald

**13-1876**    Clifford Tyler v. Hillsdale County Sheriff's De, et al.

Clifford Charles Tyler                              ret   Lucas J. McCarthy ⓢ

     **Plaintiff - Appellant**

**V.**

Hillsdale County Sheriff's Department named as Hillsdale County Sheriff's Office; et al.

     **Defendants – Appellees**

U.S. Department of Justice, et al                  gvt   Abby Christine Wright

     **Defendants - Appellees**

*Patterson*

Plaintiff appeals the dismissal of his action asserting violations of his right under the Second Amendment to bear arms and his due process rights based on the provision of 18 U.S.C. Section 922(g)(4) prohibiting the possession of a firearm by a person who has been adjudicated as a mental defective or who has been confined to a mental institution. (20 Minutes Per Side)